EDWARD WALTHER *vs.* FREDERICK L. NEIDHAMER.

October 12, 1881.

Evidence *held* sufficient to sustain the finding of fact.

Appeal by plaintiff from a judgment of the municipal court of St. Paul.

*W. E. Benjamin,* for appellant.

*J. N. Rogers,* for respondent.

*By the Court.* We are of opinion that the evidence in this case was sufficient to sustain the finding of the court below in favor of defendant's counterclaim. This being the only point in the case, the judgment must be affirmed.

Judgment affirmed.

NOTE. A motion for a reargument of this case was denied Oct. 20, 1881.